# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D18-2713

———————————————————

TERRENCE DEROME DANIELS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

March 7, 2019

PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Terrence Derome Daniels, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.